IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | CRIM. NO. 24-219 |
| | : | |
| **ABDUL ORTIZ** | : | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

      Abdul Ortiz, by and through his attorney, Gina A. Amoriello, Esquire, hereby requests a continuance of his sentencing hearing, and in support thereof states as follows:

      1.    Mr. Ortiz is awaiting sentencing in this matter, which is currently scheduled for November 3, 2025.

      2.    Defense counsel is requesting additional time to obtain additional mitigation in support of sentencing.

      3.    Assistant United States Attorney David Osborne is not opposed to the Court granting the requested extension.

      **WHEREFORE**, the defense respectfully requests a continuance of his sentencing hearing.

      Respectfully submitted,

      */s/ Gina A. Amoriello*
      Gina A. Amoriello, Esquire

DATED:  10/12/25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | **CRIM. NO. 24-219** |
| | : | |
| **ABDUL ORTIZ** | : | |

## O R D E R

**AND NOW**, this         day of                      , 2025, in consideration of the Defendant=s Unopposed Motion to Continue Sentencing, it is hereby **ORDERED** that the motion is **GRANTED**.   The Court will set a new sentencing date.

BY THE COURT:

_____
HONORABLE NITZA QUINONES ALEJANDRO
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Gina A. Amoriello, Esquire, hereby certify that I filed the attached Defendant's Unopposed Motion to Continue Sentencing via the Court's Electronic Filing (ECF) system, which sent notification to David Osborne, Esquire, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106, and same was forwarded directly via email.

/s/ Gina A. Amoriello

Gina A. Amoriello, Esquire
Attorney for Defendant Abdul Ortiz

DATED:  10/12/25